UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

- against -

JULIO PAUCAR,

                Defendants.
-------------------------------------------------------------- x

**ORDER**

17 CV 05358 (RJD) (VMS)

DEARIE, District Judge

    Having considered Plaintiff's timely objections, I adopt Magistrate Judge Scanlon's Recommendation and deny the motion for default judgment. As observed by Judge Scanlon, the complaint is legally flawed and, in any event, without specific factual allegations to warrant a judgment against Mr. Paucar. I see no reason to disturb Magistrate Judge Scanlon's Report and accordingly deny the motion and direct the Clerk to dismiss the complaint.

SO ORDERED

Dated: Brooklyn, New York

    September 19, 2018

                                    s/ RJD

                                    RAYMOND J. DEARIE
                                    United States District Judge